UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DASSAULT SYSTÈMES SOLIDWORKS CORPORATION,<br><br>*Plaintiff,*<br><br>- v. -<br><br>COCKTAIL KINGDOM, LLC and JOHN DOE<br><br>*Defendants.* | Index No.: 19-CV-2799 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Dassault Systemes SolidWorks Corporation, by its counsel, hereby gives notice that the above captioned action is voluntarily dismissed with prejudice against defendants.

Dated: New York, New York
May 9, 2019

OLSHAN FROME WOLOSKY LLP

By: */s/ Brian A. Katz*
Brian A. Katz
1325 Avenue of Americas
New York, New York 10019
(212) 451-2300

*Attorneys for plaintiff
Dassault Systemes SolidWorks Corporation*

5009824-1